435 A.2d 1326

Commonwealth v. Veres, Appellant.

Argued February 9, 1981. Herman M. Rodgers, for appellant; Charles Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Judgment of sentence affirmed.

SHERTZ, J., concurred in the result.